# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 03, 2014

Chris Wolpert
Chief Deputy Clerk

Mr. Joseph Goings
1205 N. C. Street
Wellington, KS 67152

**RE:** **13-3309, Goings v. Sumner County D.A.'s Office, et al**
Dist/Ag docket: 6:13-CV-01107-RDR-KMH

Dear Appellant:

Attached is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Brooks Severson
        Lyndon W. Vix

EAS/at